# United States Court of Appeals
## For the First Circuit

---

No. 08-1343

UNITED STATES,

Appellee,

v.

MARK DAVID DYER,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on December 28, 2009 is amended as follows:

On page 11, lines 1-2, "pornography.  U.S.S.G. § 2G2.4, subject to" should be replaced with "pornography, subject to"